IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SHANAE CHANDLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06-2742-STA-tmp |
| | ) |
| JOHN PATRICK DALY, | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is Defendant's Motion to Dismiss, (D.E. # 72), filed on February 14, 2008, and Motion for Sanctions, (D.E. # 82), filed on March 6, 2008. The Magistrate Judge recommended that Defendants' Motion to Dismiss be denied and granted Defendant attorney's fees in the amount of One Thousand Two Hundred Fifty Dollars ($1,250.00). Having reviewed the Magistrate Judge's report and recommendation de novo, and the entire record of the proceeding, the Court hereby ADOPTS the Magistrate Judge's report and recommendation in its entirety.

**IT IS SO ORDERED.**

                                                      s/ S. Thomas Anderson
                                                      S. THOMAS ANDERSON
                                                      UNITED STATES DISTRICT JUDGE

                                                      Date: June 24th, 2008.